**Kenneth Lee ALLEN, Movant/Appellant,**

v.

**STATE of Missouri, Respondent/Respondent.**

**No. 58251.**

Missouri Court of Appeals, Eastern District, Division Three.

Nov. 13, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 12, 1990.

Application to Transfer Denied Feb. 7, 1991.

Earlyne M. Thomas, St. Louis, for movant/appellant.

William L. Webster, Atty. Gen., Joseph P. Murray, Asst. Atty. Gen., Jefferson City, for respondent.

## ORDER

PER CURIAM

Movant appeals from the denial, without an evidentiary hearing, of his Rule 24.035 motion. We affirm. The findings and con-

clusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).